(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>__Western__ District of __Pennsylvania__ | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Nusbaum, Daniel Joshua | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>*(crossed out)* |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>N/A | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names):<br>*(crossed out)* |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): 9955 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): *(crossed out)* |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>265 Parkway Drive<br>Pittsburgh, Pennsylvania 15228 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>*(crossed out)* |
| County of Residence or of the Principal Place of Business: Allegheny | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>Same as above | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>Same as above | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
☑ Individual(s)    ☐ Railroad
☐ Corporation    ☐ Stockbroker
☐ Partnership    ☐ Commodity Broker
☐ Other _____    ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☑ Chapter 7    ☐ Chapter 11    ☐ Chapter 13
☐ Chapter 9    ☐ Chapter 12
☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
☑ Consumer/Non-Business    ☐ Business

**Filing Fee** (Check one box)
☐ Full Filing Fee attached
☑ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors: 1-15 ☐  16-49 ☑  50-99 ☐  100-199 ☐  200-999 ☐  1000-over ☐

Estimated Assets:
☑ $0 to $50,000
☐ $50,001 to $100,000
☐ $100,001 to $500,000
☐ $500,001 to $1 million
☐ $1,000,001 to $10 million
☐ $10,000,001 to $50 million
☐ $50,000,001 to $100 million
☐ More than $100 million

Estimated Debts:
☐ $0 to $50,000
☑ $50,001 to $100,000
☐ $100,001 to $500,000
☐ $500,001 to $1 million
☐ $1,000,001 to $10 million
☐ $10,000,001 to $50 million
☐ $50,000,001 to $100 million
☐ More than $100 million

6032/

| Voluntary Petition (This page must be completed and filed in every case) | Name of Debtor(s): _Daniel Joshua Nusbaum_ |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: N/A | Case Number: ___ | Date Filed: ___ |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: N/A | Case Number: ___ | Date Filed: ___ |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_
Signature of Debtor

X _[signature]_
Signature of Joint Debtor

917-567-3168 (cellular) or 412-343-8026 (home)
Telephone Number (If not represented by attorney)

10/3/05
Date

**Signature of Attorney**

X ___
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)

Firm Name

Address

Telephone Number

Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ___
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X ___
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X ___
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

# United States Bankruptcy Court

__Western__ District Of __Pennsylvania__

In re __Daniel Joshua Nusbaum__,
Debtor

Case No. _____

Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __209__ in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __100__      Check one ☑ With the filing of the petition, or
                           ☐ On or before _____
   $ __50__       on or before __11/25/05__
   $ __59__       on or before __12/30/05__
   $ _____       on or before _____

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____    [signature]    __10/3/05__
Signature of Attorney        Date       Signature of Debtor    Date
                                        (In a joint case, both spouses must sign.)

_____
Name of Attorney

_____    _____
Signature of Joint Debtor (if any)    Date

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. I also certify that I will not accept money or any other property from the debtor before the filing fee is paid in full.

_____    Social Security No.
Printed or Typed Name of Bankruptcy Petition Preparer    (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

x _____    _____
Signature of Bankruptcy Petition Preparer    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# United States Bankruptcy Court
**Western** District Of **Pennsylvania**

In re **Daniel Joshua Nusbaum**
Debtor

Case No. _____

Chapter **7**

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

BY THE COURT

Date: _____

_____
*United States Bankruptcy Judge*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

*In Re* DANIEL JOSHUA NUSBAUM,  )
                                           )    Case No. _____
              *Debtor.*            )

## DEBTOR'S LIST OF CREDITORS

In accordance with Federal Rule of Bankruptcy Procedure 1007(c), the following constitutes a list of the creditors (secured and unsecured, priority and non-priority) of the debtor in this action, as well as their addresses. Certain creditors have been found, through the exercise of reasonable diligence on the part of the debtor, to have multiple addresses; in such cases, each address has been listed separately. This list is provided in accordance with Rule 1007, and is not intended to serve as a substitute for any of the required schedules or other documents, all of which are intended to be filed with the court promptly.

**CREDITORS (in no particular order)**

1. Cornell University
   Student Loan Office
   260 Day Hall
   Ithaca, NY 14853

2. Nextel Communications
   P.O. Box 491
   Carol Stream, IL 60197-4191

3. Mount Lebanon Parking Authority
   788 Washington Road
   Pittsburgh, PA 15228

4. The Port Authority of New York/New Jersey
   P.O. Box 828486
   Philadelphia, PA 19182

5. Allied Interstate
   Consumer Service Department
   P.O. Box 361315
   Columbus, OH 43236

6. Allegheny Medical Practice Network
   P.O. Box 951836
   Cleveland, OH 44193-0020

7.     CMC Billing Services
       10430 Lakeridge Parkway
       Ashland, VA 23005-8124

8.     Allegheny Specialty Practice Network
       P.O. Box 951845
       Cleveland, OH 44193-0020

9.     Allegheny General Hospital
       P.O. Box 951856
       Cleveland, OH 44193-0020

10.    National Council of Jewish Women
       Pittsburgh Section
       1620 Murray Avenue
       Pittsburgh, PA 15217

11.    Allegheny County Bar Association
       Louis Little Attorney's Memorial Fund
       400 Koppers Building
       436 Seventh Avenue
       Pittsburgh, PA 15219

12.    St. Clair Hospital
       1000 Bower Hill Road
       Pittsburgh, PA 15243-1899

13.    Liberty Mutual Group
       214 Glen Cove Avenue
       Glen Cove, NY 11542

14.    Pittsburgh Parking Court
       P.O. Box 640
       Pittsburgh, PA 15230-0640

15.    Professional Account Management, L.L.C.
       P.O. Box 391
       Milwaukee, WI 53201-0391

16.    UPMC Emergency Medicine Inc.
       P.O. Box 371629
       Pittsburgh, PA 15251-7629

17.    Commerce Bank, N.A.
       17 Route 70 East
       Cherry Hill, NJ 08034

- 2 -

18. OSI Collection Services, Inc.
    P.O. Box 965
    Brookfield, WI 53008-0965

19. Federal Express
    P.O. Box 371461
    Pittsburgh, PA 15250-7461

20. NY Downtown Faculty Practice OPD
    P.O. Box 843199
    Boston, MA 02284-3199

21. ConEdison
    JAF Station
    P.O. Box 1702
    New York, NY 10116-1702

22. Time Warner Cable of NYC
    41-61 Kissena Boulevard
    Flushing, NY 11355

23. Medical Rescue Team South Authority
    315 Cypress Way
    Pittsburgh, PA 15228-2218

24. BMW Financial Services
    P.O. Box 3680
    Dublin, OH 43016-0306

25. Duquesne Light Company
    P.O. Box 1930
    Credit Manager 6-2
    Pittsburgh, PA 15230-1930

26. Marlin Integrated Capital
    507 Prudential Rd
    Horsham, PA 19044-2308

27. NCO Financial Systems Inc.
    100 Constitution Avenue
    Upper Darby, PA 19082-2230

28. Commonwealth Telephone Company
    319 West Water Street
    Elmira, NY 14901-2914

- 3 -

29. CBCS
    520 East Main Street
    Carnegie, PA 15106-2051

30. Diversified Collections Inc.[1]
    Hempfield Industrial Park
    R.D. 6, P.O. Box 200
    Greensburg, PA 15601

31. Collection Company of America
    700 Longwater Drive
    Norwell, MA 02601-1624

32. Creditors Collection
    319 West Water Street
    Elmira, NY 14901-2914

33. Debt Recovery Solutions[2]
    P.O. Box 9001
    Westbury, NY 11590

34. First Revenue Assurance
    4500 Cherry Creek
    Suite 300
    Denver, CO 80246-1518

35. NCO-Marlin
    P.O. Box 41448
    Philadelphia, PA 19101

36. CBCS
    600 North Bell Avenue
    Carnegie, PA 15106

37. Duquesne Light Company
    411 Seventh Avenue
    Suite 87
    Pittsburgh, PA 15219-1905

38. NCO Financial
    P.O. Box 41466
    Philadelphia, PA 19101

---

[1] Collection agency for West Penn Comprehensive Health (address presently unknown).
[2] Collection agency for Sprint Ltd. (address presently unknown).

- 4 -

39. Verizon Wireless Mid-Atlantic
    250 James Street
    Morristown, NJ 07960-6410

40. Citi Cards CBSD, N.A.
    P.O. Box 6500
    Citibank
    Sioux Falls, SD 57117

41. Fin Collection Agency
    2675 Paces Ferry
    Atlanta, GA 30339

42. City of New York
    Department of Finance
    P.O. Box 2127
    Peck Slip Station
    New York, NY 10272-2127

43. Allegheny County Civil Court
    City-County Building
    414 Grant Street
    Pittsburgh, PA 15219

44. Collection Company of America[3]
    700 Longwater Drive
    Norwell, MA 02061

45. First Revenue Assurance
    200 Fillmore Street
    Suite 300
    Denver, CO 80206

46. NCO-Marlin[4]
    P.O. Box 8529
    Philadelphia, PA 19101

---

[3] Collection agency for Bell Atlantic and Verizon (addresses of both presently unknown).
[4] Collection agency for Allegheny Power (address presently unknown).