# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CASE NAME: **NUSBAUM**   CASE NUMBER: **05-37659bm**

Pursuant to Bankruptcy Rules 1002, 1007, 2016(b), and 3015, Local Rules, and 11 U.S.C. § 521, the following are due **10/31/2005**, unless an order of court is granted extending time.

☒ **SCHEDULES** (Official Form 6.)

- ☒ SCHEDULES A - J
- ☒ SUMMARY
- ☐ SCHEDULE A
- ☐ SCHEDULE B
- ☐ SCHEDULE C (Indiv.)
- ☐ SCHEDULE D
- ☐ SCHEDULE E
- ☐ SCHEDULE F
- ☐ SCHEDULE G
- ☐ SCHEDULE H
- ☐ SCHEDULE I (Indiv.)
- ☐ SCHEDULE J (Indiv.)
- ☒ DECLARATION

☒ **STATEMENT OF FINANCIAL AFFAIRS** (All Chapters; Official Form 7)

☐ **STATEMENT OF ATTORNEY**

☐ **LIST OF EQUITY SECURITY HOLDERS** (If there are no Equity Security Holders, attach a page to your petition with a statement to that effect.) (Corporations and Limited Partnerships - Chapter 11 only)

☒ **MAILING MATRIX FILED IN COMPLIANCE WITH THE SPECIAL REQUIREMENTS FOR MAILING MATRIXES** The mailing matrix must include creditors, codebtors, parties to executory contracts and unexpired leases, and equity security holders (Chapter 11only). General and limited partners or a corporate officer must be included for partnership or corporate debtors. Mailing matrixes should be filed on a 3.5" disk in text format. A mailing matrix on disk is accepted contingent upon its readability. There are specific exceptions for filing paper matrixes.

☐ **CHAPTER 13 PLAN**

☒ **CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTIONS** (If there are no Secured Consumer Debts, attach a page to your petition with a statement to that effect.)
Due Date: **11/14/2005**

☐ **CHAPTER 12 PLAN**   Due Date:

☐ **SOCIAL SECURITY or TAX I.D. NUMBER** (if more than one, state all)

☐ **DECLARATION RE: ELECTRONIC FILING (LOCAL FORM No.1)**

THEODORE S. HOPKINS
Clerk, U. S. Bankruptcy Court

I hereby certify that on October 14, 2005, I caused a copy of this notice to be served upon the debtor or debtor's representative.

BY: *D. A. Bundy*
Deputy Clerk

RECEIPT ACKNOWLEDGED: _____

DATED: _____

(NOTICED REGARDING DEFICIENT FILING ON REVERSE SIDE)      #68-I