THE ALLEGHENY COUNTY BAR FOUNDATION
LOUIS LITTLE ATTORNEYS' MEMORIAL FUND
APPLICATION FOR SCHOLARSHIP LOAN

PLEASE PRINT OR TYPE                                          DATE 5/10/01

1.  Name Daniel Joshua Nusbaum
    Social Security Number _____

2.  Date of Birth March 2, 1981      Age 20
    Home Phone # (412)431-6789
    Work Phone # N/A (No phone at work)

3.  Address 81 Wyoming Street Apt. 2
    City Pittsburgh     State PA     Zip 15211

4.  Marital Status Single     Number of Children 0
    If married, spouse's name N/A

5.  College Attended University of Pittsburgh
    Year Graduated 1999     Degree B.A.
    Major Administration of Justice     College rank or average 3.93
    Scholastic and/or extracurricular honors See attached

6.  Are you presently attending law school?   Yes ✓    No ___
    If yes, name of law school University of Pittsburgh School of Law   What year? 2nd
    Present class standing See attached
    Cumulative law grade average to date 3.93 (spring semester grades unavailable as of yet).
    (See attached)

7.  Law School Admissions: See attached
    Have you applied?    Yes ___    No ___
    Where? _____
    Have you been accepted?   Yes ___   No ___
    Where? _____

8.  What was your Law School Aptitude Percentile (LSAT)? 75th

9.  How did you learn about the existence of the Fund? Father

10. YOUR FINANCIAL INFORMATION
    Earnings, Commission or Draw (per month for the last 12 months or since date of employment). You may use your own form, if desirable. Also list other sources of income and amounts. — Tax Return enclosed.

| Date | Gross | FICA | Federal W/H Tax | State/Local W/H Tax | Other Deductions | Net |
|------|-------|------|-----------------|---------------------|------------------|-----|
|      |       |      |                 |                     |                  |     |
|      |       |      |                 |                     |                  |     |

EXHIBIT A

Please be advised that the Fund will run a credit check on your financial status.
Attach an estimated Budget for your Law School year. **See attached**

11. Have you previously received financial aid for undergraduate education? Yes _____ No __✓__
    If so, please list agency and amounts **N/A**

12. Have you applied for financial aid for Law School?   Yes __✓__   No _____
    If so, please list **See attached**

    If you have received financial aid for Law School this forthcoming Law School year, please list the agency
    and the amount(s) received **See attached**

13. Give the *names, addresses, and phone numbers* of three persons from whom information may be obtained
    regarding your character and ability as a student in the field of undergraduate education and prospective
    future in the field of law **See attached**

    | Name | Address | Phone Number |
    |------|---------|--------------|
    |      |         |              |
    |      |         |              |
    |      |         |              |

14. YOUR SPOUSE'S FINANCIAL INFORMATION – IF APPLICABLE **N/A**
    Earnings, Commission or Draw (per month for the last 12 months). You may use your own form, if
    desirable. Also list other sources of income and amounts.

    | Date | Gross | FICA | Federal W/H Tax | State/Local W/H Tax | Other Deductions | Net |
    |------|-------|------|-----------------|---------------------|------------------|-----|
    |      |       |      |                 |                     |                  |     |
    |      |       |      |                 |                     |                  |     |
    |      |       |      |                 |                     |                  |     |

    List employer and position **N/A (for spouse). My position is as a research assistant for Professor Thomas Ross at the Law School.**

15. What is your loan financial request? **See attached**

---

| To the best of my knowledge, I attest that the above-stated information is true and I recommend the above-named applicant for financial assistance. | Approved _____ Amount _____ Disapproved _____ Date _____ |
|---|---|
| *[signature]* Judi J. Miller, Asst. Dean | |
| Dean or Admitting Officer | Secretary, Louis Little Attorneys' Memorial Fund |

**Daniel Joshua Nusbaum**
**Social Security Number:**

## CONTINUATION SHEETS

### Question 5—"Scholastic and/or extracurricular honors"

#### Law school honors:

Recipient of the CALI award for obtaining the highest grade on the Legal Process (Civil Procedure I) examination. The class consisted of approximately 90 students.

Recipient of the Dean's Scholarship by the office of Admissions and Financial Aid.

#### Undergraduate honors:

Graduated *summa cum laude* from Administration of Justice Program, College of General Studies.

Named a University Scholar for placing in the top two percent of the graduating class, with a cumulative QPA of 3.93.

Awarded a Chancellor's Undergraduate Teaching Fellowship for the Spring, 1999 semester (one of ten awarded to the entire undergraduate student body each semester).

Named to the Dean's list each semester.

### Question 6—"Present class standing" and "Cumulative law grade average to date"

Officially, the policy of the University of Pittsburgh School of Law prohibits me from indicating a QPA or class rank. In other words, if I were to indicate these to the Committee, the School of Law would refuse to verify them. Students are only permitted to list classes taken and the grade(s) received for that class. Unofficially, however, I am able to share with the Committee what they would be if the School did not have such a policy, and through the appropriate calculations, they could be verified. Also, as spring semester 2001 grades are unavailable as of yet, my present class standing will only include grades from the Fall 2000 semester. As soon as spring semester grades are available (late May to early June), I will forward them, along with updated class standing information, to the Committee.

1

### Classes taken and grades received

<u>Fall semester, 2000</u>

Torts (4 credits): A
Legal Process (Civil Procedure I) (3 credits): A
Criminal Law (3 credits): A
Contracts (4 credits): A-

### QPA

Under the University's system for calculating QPA, an A is worth 4.00 quality points, an A- is worth 3.75 quality points, a B+ is worth 3.25 quality points, a B is worth 3.00 quality points, and so on. To calculate QPA, simply multiply the quality points earned by the number of credits for that class. That figure is the total number of quality points earned for the class. Add the quality points earned for each class together, and divide by the total number of credits to obtain the student's QPA.

Therefore, in my case:

Torts: 4.00 x 4 credits = 16 quality points
Legal Process: 4.00 x 3 credits = 12 quality points
Criminal Law: 4.00 x 3 credits = 12 quality points
Contracts: 3.75 x 4 credits = 15 quality points

16 + 12 +12 +15 = 55 total quality points

55 quality points divided by 14 credits = 3.93 QPA (rounding from 3.928)

### Class Rank

The School of Law does not maintain the class rank of any student, nor does it issue a class rank to any student. However, in looking at past statistics (QPA distributions, etc.), I can say with confidence that my performance as indicated above is characteristic of the performance of those in the top 1% to 2% of a class (approximately 270 students).

### Question 7—Law School Admissions

While I have completed my first year of law school at the University of Pittsburgh and am now a second year law student, I would like to apply for transfer to another school, Cornell Law School, for the upcoming school year. Since transfer applications were released in mid-May, I have not yet completed the application; further, one must obtain all first-year grades before one can submit an application. However, considering my QPA and other factors, I anticipate a positive response.

### Question 10—Estimated Budget

Because I hope to attend Cornell Law School in the Fall, I have decided to include a budget for that school. Their total budget for a second-year student is $41,350, but tuition is only $28,650 of that total. (In retrospect, maybe "only $28,650" wasn't the correct way to phrase it...)

Even though tuition is very expensive, I have friends that live in the area, and will thus be able to cut back substantially on living costs. Further, many farmers in the area will provide food in exchange for labor on their farms, as I have learned from my time spent living in northeastern Pennsylvania. Thus, my main goal is to obtain enough total funding (from all possible sources) to pay tuition, and hopefully the rest will fall into place.

Tuition: $28,650
Room and Board: $7,870
Books and Supplies: $760
Personal (including transportation): $4,070
TOTAL: $41,350

### Question 12—Have you applied for financial aid for Law School?

Yes. I have applied for a grant of approximately $2,000 from the Central Scholarship and Loan Referral Service (CSLRS), which is located in Squirrel Hill. Also, I am eligible for $18,500 in Federal Stafford Loans (subsidized and unsubsidized). Finally, I have sent a letter to the financial aid director at Cornell Law School asking (begging?) for financial assistance in the form of grants or loans from the school.

### Question 13—References

Because I have already completed my first year of law school, I have included the names of three law professors who would best be able to provide the Committee with the information it desires:

1. Professor Thomas Ross
   University of Pittsburgh School of Law
   3900 Forbes Avenue
   Pittsburgh, Pennsylvania 15260
   (412) 648-1312

2. Professor Jules Lobel
   University of Pittsburgh School of Law
   3900 Forbes Avenue
   Pittsburgh, Pennsylvania 15260
   (412) 648-1375

    3.    Professor Lu-in Wang
          University of Pittsburgh School of Law
          3900 Forbes Avenue
          Pittsburgh, Pennsylvania 15260
          (412) 648-7437

**Question 15—Loan Financial Request**

In all honesty, this question makes me feel somewhat uncomfortable (I'm reminded of that old saying—"Beggars can't be choosers."). I would be extremely grateful for any amount the Committee would be willing to extend. However, being able to scrape up the funds to attend such an expensive school with no familial support and no access to private loans, while at the same time trying to make ends meet has proven to be an uphill battle, as I would be more than willing to explain in a meeting with the Committee. Thus, if the Committee would be able to consider these factors when determining a proper amount, it would be greatly appreciated.

4

Department of the Treasury—Internal Revenue Service

**Form 1040EZ** Income Tax Return for Single and Joint Filers With No Dependents **2000**   OMB No. 1545-0675

Use the IRS label here

Your first name and initial: Daniel J.    Last name: Nusbaum

If a joint return, spouse's first name and initial    Last name

Home address (number and street). If you have a P.O. box, see page 12.  81 Wyoming Street    Apt. no. 2

City, town or post office, state, and ZIP code. If you have a foreign address, see page 12.  Pittsburgh, PA 15211

Your social security number

Spouse's social security number

Presidential Campaign (p. 12)  Note. Checking "Yes" will not change your tax or reduce your refund. Do you, or spouse if a joint return, want $3 to go to this fund?
You: ☐ Yes  ☑ No    Spouse: ☐ Yes  ☐ No

**Income**
Attach Form(s) W-2 here. Enclose, but do not attach, any payment.

1. Total wages, salaries, and tips. This should be shown in box 1 of your W-2 form(s). Attach your W-2 form(s).    1    9,067.00
2. Taxable interest. If the total is over $400, you cannot use Form 1040EZ.    2    0.00
3. Unemployment compensation, qualified state tuition program earnings, and Alaska Permanent Fund dividends (see page 14).    3    0.00
4. Add lines 1, 2, and 3. This is your **adjusted gross income**.    4    9,067.00

Note. You must check Yes or No.

5. Can your parents (or someone else) claim you on their return?
   ☐ Yes. Enter amount from worksheet on back.
   ☑ No. If **single**, enter 7,200.00. If **married**, enter 12,950.00. See back for explanation.    5    7,200.00

6. Subtract line 5 from line 4. If line 5 is larger than line 4, enter 0. This is your **taxable income**. ▶    6    1,867.26

**Payments and tax**
7. Enter your Federal income tax withheld from box 2 of your W-2 form(s).    7    836.45
8a. Earned income credit (EIC). See page 15.
 b. Nontaxable earned income: enter type and amount below.
   Type ____  $ ____    8a    0.00

9. Add lines 7 and 8a. These are your **total payments**.    9    836.45
10. **Tax.** Use the amount on **line 6 above** to find your tax in the tax table on pages 24-28 of the booklet. Then, enter the tax from the table on this line.    10    279.00

**Refund**
Have it directly deposited! See page 20 and fill in 11b, 11c, and 11d.

11a. If line 9 is larger than line 10, subtract line 10 from line 9. This is your **refund**.    11a    557.45
 b. Routing number
 c. Type: ☐ Checking  ☐ Savings
 d. Account number

**Amount you owe**
12. If line 10 is larger than line 9, subtract line 9 from line 10. This is the **amount you owe**. See page 21 for details on how to pay.    12

I have read this return. Under penalties of perjury, I declare that to the best of my knowledge and belief, the return is true, correct, and accurately lists all amounts and sources of income I received during the tax year.

**Sign here**
Keep copy for your records.

Your signature: [signed]   Date: 2/11/01    Your occupation: Server
Spouse's signature if joint return. See page 11.   Date    Spouse's occupation

For Official Use Only

May the IRS discuss this return with the preparer shown on back (see page 21)?    ☐ Yes  ☐ No

2000 Form 1040EZ

LOUIS LITTLE ATTORNEYS' MEMORIAL FUND
OF THE ALLEGHENY COUNTY BAR FOUNDATION

Application of  Daniel Joshua Nusbaum                             Date  5/10/01

To:    Dean of  University of Pittsburgh                           Law School

In connection with my application to the Louis Little Attorneys' Memorial Fund of the Allegheny County Bar Foundation for a loan to assist in my law school education for the year 20 01 - 20 02, I have represented to them:

(Check appropriate box)

1.    ☑    I am enrolled as  1st (NOTE: First year just completed)  year student in  University of Pittsburgh
Law School and am in good standing.

    ☐    I have been accepted for admission to _____
Law School and will attend beginning in _____ of 20_____.

2.    I have ☑, have not ☐, applied for financial aid from the Law School which has ☑, has not ☐, been awarded. The amount is $ 7,000  for the year(s)  2000-2001  .

3.    I have applied for and have received other financial aid as follows:
Federal Stafford Loan - $16,958

I authorize you to verify the above information directly to the Louis Little Trustees by completing the form on the lower portion of this letter, and to furnish them such other information about my financial needs and academic standing as they may request.

Very truly yours,

_____
Signature of Applicant

Daniel J. Nusbaum
Type or print name

LOUIS LITTLE ATTORNEYS' MEMORIAL FUND
OF THE ALLEGHENY COUNTY BAR FOUNDATION

Application of __Daniel Joshua Nusbaum__ Date __5/10/01__

To:   The Trustees of the Louis Little Attorneys' Memorial Fund

I hereby certify that the above applicant is [X] currently enrolled and in good standing in the __2nd__ year at this law school, or [ ] that the above applicant has been accepted for admission to this law school and is expected to enroll _____, 20_____.

The financial aid information indicated by the applicant is [X], is not [ ] in accordance with our records.

Additional information _____

_____ _Michelle Vettori_ _____
Signature

_____ _Asst Dir of Fin Aid_ _____
Title

Please return to:

Gary V. Pollock
Louis Little Attorneys' Memorial Fund
Allegheny County Bar Foundation
400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA  15219