**Form 129**

**UNITED STATES BANKRUPTCY COURT**     25 – 9
**Western District of Pennsylvania**     cric

In re:                                                    Bankruptcy Case No.: 05–37659–BM

                                                        Chapter: 7

**Daniel Joshua Nusbaum**
     Debtor(s)


**FINAL DECREE**

The estate of the above named debtor has been fully administered.


**IT IS ORDERED THAT:**

Natalie Lutz Cardiello is discharged as trustee of the estate of the above−named debtor and the bond is cancelled; the chapter 7 case of the above named debtor is closed.


Dated: 7/6/06                                      Bernard Markovitz
                                                        Judge